UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AARON ABADI,

                              Plaintiff,                      21-CV-10825 (PGG)(SN)

        -against-                                   **ORDER OF SERVICE**

BRITISH AIRWAYS PLC, et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court previously ordered the Clerk of Court to issue summonses for Defendants British Airways PLC, Matthew Roberts, and Wendy Gomez, complete the USM-285 forms with Defendants' addresses, and deliver all documents necessary to effect service to the U.S. Marshals. ECF No. 5. The U.S. Marshals are respectfully directed to serve Defendant British Airways PLC through its registered agent for process service in New York, CT Corporation System. The service address for this defendant is 28 Liberty Street, New York, NY 10005. The Clerk of Court is further instructed to issue a new summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon this defendant.

        It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. See <u>Meilleur v. Strong</u>, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

**SO ORDERED.**

DATED:     New York, New York
                 April 29, 2022

                                                 SARAH NETBURN
                                                 United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2022