UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

AARON ABADI,

                              Plaintiff,                          21-CV-10825 (PGG)(SN)

        -against-                                     **ORDER**

BRITISH AIRWAYS PLC, et al.,

                              Defendants.

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In light of Plaintiff's request for a voluntary dismissal and the Court's request for Defendants' position, the initial pretrial conference scheduled for January 10, 2023, is ADJOURNED. The Court will reschedule this conference only if the case continues.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                             United States Magistrate Judge

DATED:       January 5, 2023
                 New York, New York